UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID DOMINIC MILLER,<br><br>    Defendant. | CRIMINAL CASE NO.: 95-00136-001 |

**FILED**
DISTRICT COURT OF GUAM
OCT 31 2005
MARY L.M. MORAN
CLERK OF COURT

**Re:** Report and Order Terminating Term of Supervised Release

The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised expired on October 23, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this _____ day of October 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon V. Johnson, AUSA
    Federal Public Defender
    File

**RECEIVED**
OCT 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*******************************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that David Dominic Miller be discharged from supervised release and that the proceeding in the case be terminated.

Dated this 31st day of October 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**ORIGINAL**